SAVINGS BANK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

NUNZIO MONTALBANO V. LUMBERMEN'S INSURANCE COMPANY OF PHILADELPHIA. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CLARENCE H. FAY and BENJAMIN G. GLOVER, as Substituted Trustees, etc., of JOHN CROMWELL, Deceased, V. ANNE F. MOEHLENPAH and ALICE MOEHLENPAH, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [See ante, p. 716.]

THE GARDNER MOTOR COMPANY V. DRAEGER SHIPPING Co., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

MANUFACTURERS TRUST COMPANY, as Successor Corporate Trustee, etc., v. ROERICH MUSEUM and Others.— Motion for leave to appeal to the Court of Appeals granted. Motion for reargument and for a stay denied. Settle order on notice. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ. [See ante, p. 76.]

RAY BLOCK ROMAN V. KATHRINE DONOVAN and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the INVESTIGATION OF THE ADMINISTRATION AND CONDUCT OF THE VARIOUS DEPARTMENTS OF THE GOVERNMENT OF THE CITY OF NEW YORK, etc. In re WILLIAM J. FLYNN. JOINT LEGISLATIVE COMMITTEE, Appellant.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and •Townley, JJ.

WILLIAM DONALDSON V. PIETROWSKI & KONOP COMPANY, Impleaded with AMIA REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals. of leave to appeal. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.

HARRIS FLOORING COMPANY V. PRITCH FLOORING CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ABRAHAM WOLFSON V. SAINT PAUL FIRE AND MARINE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal, upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, O'Malley and Townley, JJ.